No. 71–80. BETO, CORRECTIONS DIRECTOR *v.* HERNANDEZ. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–93. HOWARD ET AL. *v.* FLORIDA EAST COAST RAILWAY CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.